# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CHERYL BOUSQUET,

Plaintiff,

v. Case No.: 6:26-cv-00893-GAP-LHP

MANDARICH LAW GROUP LLP,

Defendant,

---

## ORDER

Before the Court is Plaintiff's Motion for Clerk's Default. Doc. No. 13. Upon consideration, the motion (Doc. No. 13) will be **DENIED without prejudice**. The motion fails to include a memorandum of legal authority as required by Local Rule 3.01(b). Relatedly, the motion does not adequately address whether service of process on Defendant Mandarich Law Group LLP was proper. *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).

Specifically, according to the complaint, Defendant Mandarich Law Group LLP is a California limited liability partnership, with its principal place of business in Chatsworth, California. Doc. No. 1 ¶ 5. Plaintiff says that Defendant was served on May 12, 2026, and Plaintiff submits with the motion a return of service. Doc.

Nos. 13, 13-1; *see also* Doc. No. 12. According to the return of service, Defendant was to be served "c/o NRAI Services Inc." Doc. No. 13-1, at 2. Service was effected by service on "Donna Moch as Supervisor CT Corp," at the same address provided for "NRAI Services Inc," 1200 S. Pine Island Road, in Plantation Florida. *Id.*

Given the discrepancies with the return of service, the Court is unable to determine whether Defendant was properly served. To wit, although the Court has been able to verify that "NRAI Services, Inc." is the registered agent for Mandarich Law Group, LLP,[1] the return of service states that service of process was made on "Donna Moch as Supervisor CT Corp." Doc. No. 13-1, at 2. Plaintiff provides no explanation for this discrepancy in her motion. Doc. No. 13.

Accordingly, Plaintiff's motion is **DENIED without prejudice.** Plaintiff shall file a renewed motion within **fourteen (14) days** of the date of this Order, in full compliance with the Local Rules. The renewed motion shall address the issues set forth in this Order and must establish by citation to evidence and applicable legal authority that Defendant Mandarich Law Group LLP was properly served.

---

[1] Records for limited liability partnerships are available with the Florida Secretary of State at https://dos.sunbiz.org/genipart.html, and records for Defendant are available by typing "Mandarich Law Group, LLP" into the "Partnership Name" field.

**DONE** and **ORDERED** in Orlando, Florida on July 22, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties